UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KARL TRAHAN Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:16-cv-03161-SEB-MPB ) |
| INTERACTIVE INTELLIGENCE GROUP, INC., DONALD E. BROWN, MITCHELL E. DANIELS, EDWARD L. HAMBURG, MICHAEL C. HEIM, MARK E. HILL, RICHARD A. RECK, GENESYS TELECOMMUNICATIONS LABORATORIES, INC., GIANT MERGER SUB, INC., GREENEDEN LUX 3 S.aR.L., GREENEDEN U.S. HOLDINGS I, LLC, GREENEDEN U.S. HOLDINGS II, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

For the reasons stated in our *Order* of March 28, 2018, Dkt. 52, final judgment is hereby entered in favor of all Defendants.

IT IS SO ORDERED.

Date: 4/27/2018

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kathleen A. Musgrave Farinas
GEORGE & FARINAS, LLP
kf@lgkflaw.com

1

David K. Herzog
FAEGRE BAKER DANIELS LLP (Indianapolis)
david.herzog@faegrebd.com

Daniel R. Kelley
FAEGRE BAKER DANIELS LLP (Indianapolis)
daniel.kelley@faegrebd.com

Eun Jin Lee
ROBBINS GELLER RUDMAN & DOWD LLP
elee@rgrdlaw.com

John R. Maley
BARNES & THORNBURG LLP (Indianapolis)
jmaley@btlaw.com

Justin R. Olson
FAEGRE BAKER DANIELS LLP (Indianapolis)
justin.olson@FaegreBD.com

David T. Wissbroecker
ROBBINS GELLER RUDMAN & DOWD LLP
dwissbroecker@rgrdlaw.com

Paul A. Wolfla
FAEGRE BAKER DANIELS LLP (Indianapolis)
paul.wolfla@faegrebd.com